PATRICK JEROME BRACKLEY<br>
-Esquire-<br>
233 Broadway, Suite 2370<br>
New York, NY 10279<br>
Phone 212-334-3736

April 1, 2025

Via ECF

Honorable Paul Oetken
United States District Judge
United States District Court
Southern District of New York
 40 Foley Square
New York , New York  10013

Re: US v. Beltre Ramirez et al - 24cr394 (JPO)

Honorable Judge Oetken:

    With the consent of the Government thorough AUSA Lauren Phillips and  Pre-Trial Services through Officer Harris I am respectfully requesting Sylvia Zapata be permitted to travel to Orlando, Florida for her daughters Spring Break.

    The trip will be from  April 13-16 and Pre Trial will have the hotel contact and information  for verification.

    Thank you for you kind consideration in this matter.
I remain,

e/s Patrick Brackley
Patrick J. Brackley

---

Granted.
So ordered.
4/2/2025

_____
J. PAUL OETKEN
United States District Judge