

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

May 7, 2025

**By ECF**
The Honorable J. Paul Oetken
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

   Re: *United States v. Ramirez and Zapata*, 24 Cr. 394 (JPO)

Dear Judge Oetken:

  The Government respectfully requests, on behalf of both parties, that the conference scheduled for May 9, 2025 be adjourned to May 16, 2025 or a date thereafter that is convenient for the Court. The parties are continuing to discuss a potential pretrial resolution of this matter and expect that the approximately one-week extension will allow the parties to finalize such discussions.

  The Government further requests that the time until the next conference be excluded pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). The Government respectfully submits that the ends of justice served by granting the proposed exclusion outweigh the best interests of the public and the defendants in a speedy trial, as the proposed exclusion will allow the parties an opportunity to discuss the possibility of a pretrial resolution of this case. Counsel for the defendants have indicated that they have no objection to this request.

> Granted. The May 9, 2025 pretrial conference is adjourned to May 16, 2025 at 11:00 am. The Court hereby excludes time through May 16, 2025, under the Speedy Trial Act, 18 USC 3161(h)(7)(A), finding that the ends of justice outweigh the interests of the public and the defendants in a speedy trial.
>  So ordered:
>  5/8/2025

Respectfully submitted,

JAY CLAYTON
United States Attorney

by: _____
Lauren E. Phillips
Assistant United States Attorney
(212) 637-2231

_____
J. PAUL OETKEN
United States District Judge