LAW OFFICES OF
# FREDERICK L. SOSINSKY
45 BROADWAY, SUITE 3010
NEW YORK, NEW YORK 10006

TELEPHONE (212) 285-2270
TELECOPIER (212) 248-0999
EMAIL: FredS@newyork-criminaldefense.com

June 9, 2025

BY ECF
Hon. J. Paul Oetken
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

Re: United States v. Luis Beltre Ramirez
24 Crim. 0394 (JPO)

Dear Judge Oetken:

As you are aware, I represent Luis Beltre Ramirez, the defendant in the above matter. I am writing to respectfully request that the conditions of Mr. Beltre Ramirez' appearance bond be modified so as to permit him to travel with his church group to the following two locations on the dates and times indicated:

Providence, Rhode Island on June 14, 2025 from 10 a.m. to 7 p.m

New Milford, Connecticut on July 5, 2025 from 5 a.m. to 5 p.m.

Mr. Beltre Ramirez has provided details regarding these excursions to his Pretrial Services Officer Vanessa Perdomo who informs me that she has no objection to this application. AUSA Lauren Phillips also informs that she has no objection to this application.

Thank you for your consideration.

Respectfully yours,

Frederick L. Sosinsky

Granted.
So ordered.
6/10/2025

J. PAUL OETKEN
United States District Judge